**\*\*CORRECTED\*\***

## Local Rule Notice of and Assignment
## of Related Case in Original Proceedings

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/30/2015 11:08:00 AM
CHRISTOPHER A. PRINE
Clerk

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

Caption of Related Case: *Warren v. Weiner*

Trial court
case number
of related case:                Cause #425,578, Harris County Probate Court 4

Appellate court
case number of
related case:              01-13-01077-CV

Trial court case
number for which
mandamus relief
is sought:                425,577, Harris County Probate Court 4

Appellate court
case number for
which mandamus
relief is sought:          01-15-00400-CV

/s/ Carol A. Cantrell

April 30, 2015